IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JONES LANG LASALLE AMERICAS, INC.,

    Plaintiff

v.       * Civil Court Action No:    L-01-3221

BECHTEL CORPORATION     *

    Defendant      *

\*   \*   \*   \*   \*   \*     \*   \*   \*   \*   \*

**ORDER**

The Defendant's Consent Motion to Extend Time in Which to Respond to Complaint is **HEREBY GRANTED** and Defendant's deadline for filing a response to Plaintiff's Complaint is **HEREBY EXTENDED** to December 3, 2001.

_____ 11/27/01
United States District Judge