IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JONES LANG LASALLE AMERICAS, INC., )
)
Plaintiff, )
)
v. ) Civil Action No. L01CV3221
)
BECHTEL CORPORATION, )
)
Defendant. )

## CONSENT ORDER

This matter comes before the Court upon the submission of a consent order from both parties to this action extending by agreement the time within which the plaintiff Jones Lang LaSalle Americas, Inc. ("Jones Lang") must respond to the motion of the defendant Bechtel Corporation ("Bechtel") to dismiss Counts II and III of the Complaint, and it

APPEARING TO THE COURT that the parties consent to the extension of time and it otherwise appearing just and proper to do so, it is by the Court

ORDERED that the plaintiff Jones Lang's time to respond to Bechtel's motion to dismiss shall be and hereby is extended up to and including January 31, 2002.

Dated: 2/6/02

_____
United States District Court Judge



We ask for this:

_____
Bryn H. Sherman, Esq.
Deckelbaum, Ogens & Raftery, Chtd.
3 Bethesda Metro Center
Suite 200
Bethesda, Maryland 20814
(301) 961-9200
Counsel for the Plaintiff

_____ by permission
Richard J. Magid, Esq.
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700
Counsel for the Defendant

## DECKELBAUM OGENS & RAFTERY

| | | |
|---|---|---|
| NELSON DECKELBAUM † | CHARTERED | OF COUNSEL: |
| RONALD L. OGENS † | ATTORNEYS AT LAW | KENNETH L. SAMUELSON † |
| JOHN B. RAFTERY * | 3 BETHESDA METRO CENTER | J. CHRISTOPHER P. SPERA ††† |
| | SUITE 200 | ADMITTED IN: |
| STEPHEN NICHOLS *** | BETHESDA, MARYLAND 20814 | * DC, MD AND MD |
| BRYN H. SHERMAN † | | ** DC, MD AND MA |
| ROBERT A. HARRIS, II †† | 301-961-9200 | *** DC, VA, MD AND TX |
| SHELLY D. McKEON **** | | **** DC, MD, NY, CT |
| JASON W. HENDERSON † | FACSIMILE: 301-961-9229 | † DC AND MD |
| STEPHEN E. WHITTED ** | WWW.DECKELBAUM.COM | †† VA, MD, CA AND GA |
| ANTIONICE GOODSON-FERNAND † | | ††† VA AND DC |

Writer's e-mail: cspera@deckelbaum.com

January 28, 2002

Hon. Felicia C. Cannon
Clerk
United States District Court for
 the District of Maryland
Southern Division
6500 Cherrywood Lane
Suite 240
Greenbelt, Maryland 20770

      Re:   *Jones Lang LaSalle Americas, Inc. v. Bechtel Corporation*
             Civil Action No. L01CV3221

Dear Ms. Cannon:

     Enclosed please find a Consent Order extending by agreement the time that the plaintiff has to respond to the defendant's motion to dismiss Counts II and III. Please submit the order to Judge Legg for entry. I have enclosed pre-addressed, postage pre-paid envelopes so that conformed copies can be returned to counsel for both parties.

     Thank you for your anticipated cooperation. Please feel free to contact me if you have any questions.

Very truly yours,

Christopher P. Spera

Encl.

cc: Richard Magid, Esq.