IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JONES LANG LASALLE AMERICAS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. L01CV3221 |
| BECHTEL CORPORATION, | ) |
| Defendant. | ) |

### CONSENT ORDER

This matter comes before the Court upon the submission of a consent order from both parties to this action extending by agreement the time within which the plaintiff Jones Lang LaSalle Americas, Inc. ("Jones Lang") must respond to the motion of the defendant Bechtel Corporation ("Bechtel") to dismiss Counts II and III of the Complaint, and it

APPEARING TO THE COURT that the parties consent to the extension of time and it otherwise appearing just and proper to do so, it is by the Court

ORDERED that the plaintiff Jones Lang's time to respond to Bechtel's motion to dismiss shall be and hereby is extended up to and including February 28, 2002; and it is

FURTHER ORDERED that this is the last such extension of the plaintiff's response time that shall be granted.

Dated: 2/15/02

_____
United States District Court Judge

We ask for this:

_____
Bryn H. Sherman, Esq.
Deckelbaum, Ogens & Raftery, Chtd.
3 Bethesda Metro Center
Suite 200
Bethesda, Maryland 20814
(301) 961-9200
Counsel for the Plaintiff

_____ by permission
Richard J. Magid, Esq.
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700
Counsel for the Defendant