IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JONES LANG LASALLE AMERICAS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. L01CV3221 |
| ) | |
| BECHTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER

This matter comes before the Court upon the submission of a consent order from both parties to this action extending by agreement the time within which the parties may finalize settlement of this matter, and it

APPEARING TO THE COURT that the parties advised the Court that the above-referenced matter has been settled and based upon this information, the Court entered a Settlement Order dated February 20, 2002 pursuant to Local Rule 111, which provided, among other things, that the matter was dismissed and, unless either party moved to reopen the proceedings within 30 days, the dismissal shall be with prejudice; and it

FURTHER APPEARING TO THE COURT that the parties, by the endorsement of their respective counsel hereto, have represented to the Court that they are presently engaged in good faith in the process of documenting and executing their settlement agreement, but have yet to complete that process, despite their diligent efforts and that an additional period of time is required to complete this process, it is by the Court

ORDERED that the February 20, 2002 Settlement order is hereby modified to reflect that the dismissal of the action is without prejudice to the right of either party to move for good cause shown on or before April 20, 2002 to reopen the action if settlement is not consummated, and that if no party moves to reopen the matter prior to that date, the dismissal shall be with prejudice.

Dated: 3/22/02

United States District Court/Judge

We ask for this:

Bryn H. Sherman, Esq.
Deckelbaum, Ogens & Raftery, Chtd.
3 Bethesda Metro Center
Suite 200
Bethesda, Maryland 20814
(301) 961-9200
Counsel for the Plaintiff

Richard J. Magid, Esq. by permission
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700
Counsel for the Defendant

2