IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JONES LANG LASALLE AMERICAS, INC., A MARYLAND CORPORATION, | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No:   L01CV3221 |
| BECHTEL CORPORATION, A NEVADA CORPORATION | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

### STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff, Jones Lang LaSalle, Americas, Inc., pursuant to Federal Rule 41(a)(1), hereby **DISMISSES WITH PREJUDICE** all claims and actions in the above-captioned matter.

_____  
Richard J. Magid  
Whiteford, Taylor & Preston L.L.P.  
Seven Saint Paul Street  
Baltimore, Maryland 21202-1626  
(410) 347-8700  

Attorney for Defendant,  
BECHTEL CORPORATION

_____  
Bryn H. Sherman, Esq.  
Deckelbaum, Ogens & Raftery, Chtd.  
3 Bethesda Metro Center, Ste. 200  
Bethesda, Maryland 20814  
(301) 961-9200  

Attorney for Plaintiff,  
JONES LANG LASALLE AMERICAS, INC.

APPROVED THIS 10TH DAY OF April, 2002

_____  
BENSON EVERETT LEGG, U.S.D.J.

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __8th__ day of April, 2002, a copy of the foregoing pleading was to:

 

_____
Richard J. Magid

*1407190*